IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADONIOUS J. WOOLARD, : | |
|     Petitioner, : | |
| : | |
|     v. : | CIVIL ACTION NO. 17-CV-190 |
| : | |
| ROBERT GILMORE, *et al.*, : | |
|     Respondents. : | |

## ORDER

**AND NOW** this 14th day of December 2020, upon careful and independent consideration of Petitioner, Adonious Woolard's *pro se* Petition for Writ of Habeas Corpus (ECF No. 1), the Commonwealth of Pennsylvania's response in opposition (ECF No. 29), Petitioner's reply (ECF No. 33), and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (ECF No. 35), and noting that Petitioner has not filed objections[1], it is hereby **ORDERED** that:

1. The Report and Recommendation (ECF No. 35) is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED**;

3. There is no basis for the issuance of a certificate of appealability; and

4. The Clerk of Court is directed to mark this case **CLOSED.**

                                            BY THE COURT:

                                            */s/ Mitchell S. Goldberg*
                                            **MITCHELL S. GOLDBERG, J.**

---

[1] The Clerk's Office has made numerous attempts to serve Petitioner with the Report and Recommendation. (See ECF Nos. 36, 38.). The docket reflects service was unsuccessful at S.C.I. Waymart because Petitioner has been paroled but has not provided a forwarding address. In my November 13, 2020 Order (ECF No. 37), I noted that pursuant to Local Civil Rule 5.1(b), Petitioner is required to notify the Clerk of Court within fourteen (14) days of any change of address so that the Court can effectuate service. Petitioner has failed to do so.